IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SANDRA OVERTON**                                                   **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO.: 4:25-cv-66-DMB-DAS**

**HUMPHREYS COUNTY, MISSISSIPPI**                         **DEFENDANT**

### STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** Plaintiffs, Sandra Overton, by and through counsel, and Defendant, Humphreys County, Mississippi, by and through respective counsel, together as all remaining parties who have appeared in this cause of action, and pursuant to the provisions of *Federal Rule of Civil Procedure 41(a)(1)(A)(ii)*, do hereby stipulate that all claims brought against the Humphreys County Defendant in this matter are dismissed with prejudice, with each party to bear its respective attorneys' fees, costs, and expenses.

**RESPECTFULLY SUBMITTED,** this 5th day of January, 2026.

| | |
|---|---|
| **SANDRA OVERTON,** **Plaintiff** | **HUMPHREYS COUNTY, MISSISSIPPI;** **Defendant** |
| By: */s/ Louis H. Watson, Jr.* Louis H. Watson Jr., MS Bar #9053 The Watson Law Firm 1501 Jackson Ave W Suite 113 Oxford, MS 38655 Phone: (601) 253-1177 Email: louis@thewatsonlawfirm.com **Attorney for Plaintiff** | By: */s/ Mary McKay Griffith* Mary McKay Griffith, MS Bar #100785 Jacks Griffith Luciano, P.A. 150 N Sharpe Avenue P.O. Box 1209 Cleveland, MS 38732 Telephone: 662-843-6171 Email: mgriffith@jlpalaw.com **Attorney for the Defendant** **Humphreys County** |